UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

CAROLYNE M. LINVINGSTON,

**Plaintiff,**

v.                                                                     Civil No. 06-948-HO

COMMISSIONER, SOCIAL SECURITY                     ORDER
ADMINISTRATION,

**Defendant.**

Based upon the stipulation of the parties, the Commissioner is ordered to pay $1,500 for Equal Access to Justice Act (EAJA) attorney fees to Plaintiff in care of Plaintiff's attorney. Costs shall also be awarded in the amount of $350.00.

Dated: November __16__, 2006

 s/ Michael R. Hogan
**United States District Judge**

**ORDER**